# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| TRUST-ED SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERT LLP, | ) C.A. No. N20C-06-229 MMJ CCLD | |
| | ) | |
| Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RACHEL L. COSGROVE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER

The Court has considered *Gilbert LLP's Motion for Relief Under Rule 37* (the "Motion"), and Trust-Ed and Cosgrove's Response in Opposition, the Court finds that:

(1)     Trust-Ed's production of Cosgrove's Wells Fargo records eliminates the need for preparation and production of the summary ordered at the conclusion of the August 10, 2022 hearing.

(2)     Also ordered on August 10, 2022 was production of correspondence with Wells Fargo relating to Trust-Ed's attempts to obtain records from Wells Fargo. This correspondence must be produced within 10 days of the date of this Order.

(3)     The issue of sanctions will be considered at the conclusion of the case.

**IT IS SO ORDERED.**

                        */s/ Mary M. Johnston*
                    The Honorable Mary M. Johnston

Dated: November 14, 2022